IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ALLDATA LLC
(a Nevada limited liability company)

        Plaintiff.

        v.                          Civil Action No. 6:05-CV 907-ORL-19JGG

TOM TAYLOR
(a resident of Florida)

        Defendant.
_____/

## COMPLAINT FOR COPYRIGHT INFRINGEMENT
## INJUNCTIVE RELIEF SOUGHT

### NATURE OF THIS ACTION

(1)     This is an action for copyright infringement under the Copyright Act, 17 U.S.C. §
101 et seq., arising out of Tom Taylor's unauthorized copying and distribution of ALLDATA
LLC's proprietary work, ALLDATA for Windows v.8.30.1009.

### JURISDICTION AND VENUE

(2)     This Court has jurisdiction over the subject matter of this action pursuant to
28 U.S.C. §§ 1331 and 1338(a).

(3)     This Court has personal jurisdiction over the defendant because he resides in, and
offers and sells his infringing products from, this district and state.

(4)     Venue in this judicial district is proper pursuant to 28 U.S.C. § 1391(b) and
§ 1400(a).

PARTIES

(5)     Plaintiff ALLDATA LLC ("ALLDATA") is a Nevada limited liability company having its principal offices at 9412 Big Horn Boulevard, Elk Grove, California 95758.

(6)     On information and belief, Defendant Tom Taylor ("Taylor") is a resident of the state of Florida with an address at 5461 South Florida Avenue, Inverness, Florida 34450.

FACTS

(7)     Through the expenditure of significant time and expense, ALLDATA developed a set of DVDs to help car professionals diagnose and repair vehicles.  Said diagnosis and repair software is marked by ALLDATA as ALLDATA for Windows v.8.30.1009 (hereinafter "ALLDATA Software").  Copies of typical computer screen displays showing the ALLDATA Software as is seen by users of the software are attached as collective Exhibit A.

(8)     ALLDATA registered the ALLDATA Software with the U.S. Copyright Office under Copyright Registration No. TX 6-146-819 and a copy of the registration certificate is attached as Exhibit B.

(9)     The ALLDATA Software carries copyright notices on the DVDs through which it is delivered to end-users.  In addition, users of the ALLDATA Software are bound by the terms of ALLDATA's license agreement which contains notice of ALLDATA's copyright ownership in the ALLDATA Software and the end user's acknowledgement of ALLDATA's ownership of the copyright in the ALLDATA Software.

(10)     Taylor made unauthorized copies of the ALLDATA Software DVDs, offered said copies for sale for $450.00 and sold and distributed said copies for $450.00 each all in violation of ALLDATA's copyright.  The actual price of the ALLDATA System is substantially more than $450.00.

(11)    Under pretense, ALLDATA purchased two infringing copies of the ALLDATA Software from Taylor.  The ALLDATA Software products obtained from Taylor are identical copies of ALLDATA's federally registered work.  Taylor simply copied the ALLDATA DVDs comprising the ALLDATA Software onto a hard drive and sends purchasers the actual hard drive unit rather than DVDs themselves.  In addition, Taylor sends purchasers instructions to set up and install the ALLDATA Software.  Photographs of the external hard drives containing unauthorized copies of the ALLDATA Software as well as copies of the instructions prepared and sent by Taylor to his customers are attached as Exhibits C and D, respectively.

(12)    Statements made by Taylor demonstrate his copyright infringement is willful. Specifically, on January 13, 2005, Taylor explained to ALLDATA's investigator that the reason for his delay in sending the investigator the ALLDATA Software was that he was waiting for a new ALLDATA disk to come in and was waiting to make a copy.  In Taylor's installation instructions, Taylor states "packaged with this hard drive unit are the ALLDATA files, Install directory, the Service Center directory, and the Hasp directory."

## COPYRIGHT INFRINGEMENT

(13)    As a cause of action and ground for relief, ALLDATA alleges Taylor is engaged in copyright infringement under § 501 of the Copyright Act, and incorporates by reference paragraphs 1 through 12 of the complaint as part of this count.

(14)    Under § 501 of the Copyright Act, anyone who violates any of the exclusive rights of a copyright owner, as set forth in § 106 of the Copyright Act is an infringer of copyright.

(15)    As the exclusive owner of the copyright in the federally registered ALLDATA Software, ALLDATA possesses the exclusive right to reproduce and distribute the work.  17 U.S.C. § 106

(16)    Taylor's unauthorized reproduction of the ALLDATA Software and the distribution and sale thereof, constitute violations of ALLDATA's exclusive copyright.

(17)    Furthermore, as evidenced by ALLDATA's copyright notices on the DVDs and computer screen displays themselves and in Taylor's infringing copies, as well as by Taylor's statements, Taylor had full knowledge of ALLDATA's copyright in the ALLDATA Software and that his copying and distribution of unauthorized copies infringed said copyright.  This intentional conduct constitutes willful copyright infringement.

(18)    As a result of Taylor's copyright infringement, ALLDATA has suffered damage in an amount to be determined at trial and is entitled to injunctive relief to prohibit Taylor's continuing copyright infringement.

WHEREFORE, ALLDATA respectfully prays that:

(1)    The Court enter judgment that Taylor has infringed ALLDATA's copyright in the ALLDATA Software under § 501 of the Copyright Act and has otherwise injured ALLDATA in the manner complained of herein;

(2)    The Court preliminarily and permanently enjoin Taylor from copying and distributing the ALLDATA Software;

(3)    The Court award ALLDATA statutory damages in accordance with § 504(c) of the Copyright Act for Tayor's willful infringement of ALLDATA's federally registered copyright, or, in the alternative, compensatory damages in accordance with § 504(b) of the Copyright Act for Taylor's willful infringement of ALLDATA's federally registered copyright,

including Taylor's profits on all unauthorized copies of the ALLDATA Software and ALLDATA's resulting lost sales;

(4)     Pursuant to § 503 of the Copyright Act, Taylor be directed to deliver up for destruction any reproduction, counterfeit, copy or colorable imitation of the ALLDATA Software;

(5)     ALLDATA recover from Taylor the costs of this action pursuant to § 505 of the Copyright Act;

(6)     ALLDATA recover from Taylor its reasonable attorneys' fees pursuant to § 505 of the Copyright Act; and

(7)     ALLDATA be granted such other, different and additional relief as this Court deems equitable and proper.

Dated:   June 16, 2005

ALLDATA LLC

By:     _____

Carlos M. Colombo, Esq.
Fla. Bar No.:  179663
Zimmerman, Kiser & Sutcliffe, P.A.
Landmark Center One, Suite 600
315 East Robinson Street
Orlando, FL  32802-3000
Tel:  407-425-7010
Fax:  407-425-2747

and

Alan S. Cooper, Esq.
DC Bar No. 002568
Eric T. Fingerhut, Esq.
DC Bar No. 433-649
Howrey LLP
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Tel:  202-783-0800
ATTORNEYS FOR PLAINTIFF







```
Filename:          All Data.doc
Directory:         C:\Documents and Settings\HillZ\Desktop
Template:          C:\program files\microsoft office\templates\Normal.dot
Title:
Subject:
Author:            ~~~
Keywords:
Comments:
Creation Date:     6/14/2005 9:18 AM
Change Number:     2
Last Saved On:     6/14/2005 9:29 AM
Last Saved By:     ~~~
Total Editing Time: 11 Minutes
Last Printed On:   6/14/2005 9:30 AM
As of Last Complete Printing
     Number of Pages: 2
     Number of Words:      0 (approx.)
     Number of Characters:   3 (approx.)
```

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGIS

**TX 6-146-819**

*TX0006146819*

EFFECTIVE DATE OF REGISTRATION

5   26   05
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

ALLDATA for Windows v  8 30 1009

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    **Title of Collective Work ▼**

If published in a periodical or serial give    **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2

**a**    **NAME OF AUTHOR ▼**
Alldata LLC

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a 'work made for hire'?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ Elk Grove, CA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
computer program

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

**b**    **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**    **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a**    **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases
2004    ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published
Month ▶ 11    Day ▶ 16    Year ▶ 2004
USA    ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Alldata LLC

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

See instructions before completing this space

APPLICATION RECEIVED
MAY 2 6 2005
ONE DEPOSIT RECEIVED
MAY 2 6 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

ALL-STATE LEGAL®

**EXHIBIT**

B

DO NOT WRITE HERE
Page 1 of 2 pages

※ Added by C.O.  Authority telephone call of
6/2/05 with Allison Olmsted.

EXAMINED BY

CHECKED BY

☑ CORRESPONDENCE
☑ Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is 'Yes,' why is another registration being sought? (Check appropriate box ) ▼
a  ☐ This is the first published edition of a work previously registered in unpublished form
b  ☐ This is the first application submitted by this author as copyright claimant
c  ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is 'Yes,' give **Previous Registration Number** ▶       **Year of Registration** ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

   Previously published computer program code ※

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

   Revised computer program ※

**a 6**
See instructions
before completing
this space

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                      Account Number ▼

**a 7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

   Allison G Olmsted, c/o Howrey LLP
   2941 Fairview Park Drive, Suite 200 & 300
   Falls Church, Virginia 22042

**b**

Area code and daytime telephone number ▶                    Fax number ▶ 202-383-7195
Email ▶  olmsteda@howrey com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                         ☐ author
                    Check only one ▶    ☐ other copyright claimant
                                         ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made     ☑ authorized agent of  Alldata LLC
by me in this application are correct to the best of my knowledge          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
   Allison G Olmsted, Attorney for Applicant                         Date ▶ May 25, 2005

   Handwritten signature (X) ▼
   X  [signature]

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
   Allison G Olmsted, c/o Howrey LLP
Number/Street/Apt ▼
   2941 Fairview Park Drive, Suites 200 & 300
City/State/ZIP ▼
   Falls Church, Virginia 22042

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3 Deposit material
MAIL TO
Library of Congress
Copyright Office - TX
101 Independence Avenue, S E
Washington D C 20559-6222

**9**

*17 U S C  § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Rev July 2003—xxx  Web Rev July 2003  ⟳ Printed on recycled paper                    U S Government Printing Office 2000-461-113/20 021





# Page 1
# READ THIS FIRST!!!

Instructions for setting up the Alldata Hasp Emulator on your drive unit: Now, the first thing you need to do is make sure that the drive unit assigns itself a drive letter when you plug it into your USB port so you can access the files. Please refer to the small pamphlet that comes with the unit along with the Blue driver CD packaged with this unit. Driver installation is not required as long as you have Windows XP installed.

1: Packaged with this hard drive unit are the Alldata files, Install directory, the Service Center directory, and a Hasp directory. In the Hasp directory are 2 files included and are Subscription.reg, and ProductSecurity.dll.

2: Now, install Alldata you must open the Install directory and run the file named Autorun.exe.

3:  Now after the install open your windows explorer or my computer. Go to the drive letter where the Hasp directory is on the USB Box and double-click the Subscription.reg file and copy the ProductSecurity.dll file to the directory C:/Alldataw and let it overwrite it. You should now be able to run Alldata.

Any questions, please call me at 352-341-4040 and I'll walk you through the setup. Thanks!



## Page 2

Next, open Alldata and click on Data (at the top left corner) then Devices and a small box will come up. Click on Connect and then single click on the drive letter where your Alldata folders are. Then go to the bottom to fill in the command line exactly as follows: \chry and hit ok. Now you have to do this for all 9 DVD folders so this takes some time to do (I have it down to less than 2 minutes but I can type fast ☺). If you make a mistake it will tell you it didn't find the directory in the location you typed. Make sure you have all 10 DVD folders listed in the devices column then close it up and try to access a vehicle to verify it works without it asking to put a CD/DVD in. If it's typed in correctly, it will just go right into the info screens without prompting for a disk. If not, go back to devices and make sure the command lines are targeted to the 10 folders correctly.

If you want, you can call me and I can walk you through doing the first few on the phone. My shop number is 352-341-4040 and you can call between 8AM and 6PM Eastern Time 7 Days.

## Page 3

## Installing the Alldata Service Center

Well, by now you have Alldata installed and ready to load the Service Center software. This one is kind of easy. Just go back to where your directories are on the portable drive, go to the Service Center directory and double-click the setup.exe and just follow the prompts.

But, very important!!! When it asks you about using it as a Client only or Client/Server you must pick Client/Server.

Thanks again for your purchase!